1  Henry C. Bunsow (SBN 060707)
   Korula T. Cherian (SBN 133967)
2  Robert F. Kramer (SBN 181706)
   Subroto Bose (SBN 230339)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone:   (415) 848-4900
5  Facsimile:   (415)848-4999
   Email: b*unsowh@howrey.com*
6          *cheriank@howrey.com*
           *kramerr@howrey.com*
7          *boses@howrey.com*

8  Attorneys for Plaintiff
   REALNETWORKS, INC.
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14
   APPLE COMPUTER, INC.,
15
        Plaintiff,                        Case No. 06-CV-00019 MHP
16
        v.                                Case No. 08-CV-0023 WDB
17
   BURST.COM, INC.,                       **ADMINISTRATIVE MOTION TO**
18                                        **CONSIDER WHETHER CASES SHOULD**
        Defendant.                        **BE RELATED PURSUANT TO CIVIL**
19                                        **LOCAL RULE 3-12**

20

21

22 REALNETWORKS, INC.,

23      Plaintiff,

24      v.

25 BURST.COM, INC.,

26      Defendant.

27

28

                                          Administrative Motion to Consider
                                          Whether Cases Should Be Related
   DM_US:20953935_1

1  Plaintiff RealNetworks, Inc. ("RealNetworks") submits this stipulated Administrative
2 Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rules 3-12 and 7-
3 11.  All parties stipulate that these are related cases that should be re-assigned to Judge Patel
4 based on Judge Patel having presided in the earlier-filed case involving the same patents and one
5 of the same parties.  A copy of the parties' Stipulation pursuant to Civil Local Rule 7-11 is filed
6 with this Administrative Motion.

7  The pending case, *RealNetworks, Inc. v. Burst.com, Inc.,* Case No. 08-CV-0023 WDB
8 ("RealNetworks Litigation"), was filed on January 3, 2008 and assigned to Magistrate Judge
9 Wayne D. Brazil.  RealNetworks respectfully submits that the RealNetworks Litigation is related
10 to a recently-terminated declaratory judgment action adjudicated in the United States District
11 Court for the Northern District of California captioned *Apple Computer, Inc. v. Burst.com, Inc.,*
12 Case No. 06-CV-00019 MHP ("Apple Litigation") that was settled and dismissed on December
13 4, 2007.

14  The RealNetworks Litigation and Apple Litigation "concern substantially the same
15 parties, property, transaction or event," and "it appears likely that there will be an unduly
16 burdensome duplication of labor and expense or conflicting results if the cases are conducted
17 before different Judges."  Accordingly, these cases are "related" within the meaning of Civil L.R.
18 3-12(a) for the following reasons:

19  First, these cases are both declaratory judgment patent actions seeking a judgment of non-
20 infringement, patent invalidity and/or patent unenforceability of the same patents -- U.S. Patent
21 Nos. 4,963,995 ("'995 patent"), 5,164,839 ("'839 patent"), 5,995,705 ("'705 patent"), and
22 5,057,932 ("'932 patent").

23  Second, Burst.com, Inc. is the declaratory judgment defendant and purported owner of
24 the patents-in-suit in both cases.

25  Third, Judge Patel already conducted a Markman Hearing, construed the patents-in-suit,
26 issued a Claim Construction Order, and decided summary judgment motions declaring that
27 several claims of the patents-in-suit are invalid in the Apple Litigation.

28

- 1 -

Administrative Motion to Consider
Whether Cases Should Be Related

DM_US:20953935_1

1   For the reasons set forth above, it appears likely that there will be an unduly burdensome
2   duplication of judicial resources and potentially conflicting results if the pending RealNetworks
3   Litigation is conducted before a different judge than presided in the Apple Litigation.
4   Accordingly, RealNetworks respectfully requests that the Court find that the RealNetworks
5   Litigation is related to the Apple Litigation under Local Rule 3-12, and direct the Clerk to
6   reassign the RealNetworks Litigation pursuant to Local Rule 3-12(f)(3). A proposed order is
7   attached hereto.

DATED: January 10, 2008                    Respectfully submitted,

By: /s/ *Robert F. Kramer*
    Robert F. Kramer

Henry C. Bunsow (SBN 060707)
Korula T. Cherian (SBN 133967)
Robert F. Kramer (SBN 181706)
Subroto Bose (SBN 230339)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone:   (415) 848-4900
Facsimile:   (415) 848-4999
Email: b*unsowh@howrey.com*
       *cheriank@howrey.com*
       *kramerr@howrey.com*
       *boses@howrey.com*

Attorneys for Plaintiff
REALNETWORKS, INC.

- 2 -

Administrative Motion to Consider
Whether Cases Should Be Related

DM_US:20953935_1

| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 060707) |
| | Korula T. Cherian (SBN 133967) |
| 2 | Robert F. Kramer (SBN 181706) |
| | Subroto Bose (SBN 230339) |
| 3 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 4 | San Francisco, California 94105 |
| | Telephone:   (415) 848-4900 |
| 5 | Facsimile:   (415)848-4999 |
| | Email: b*unsowh@howrey.com* |
| 6 | *cheriank@howrey.com* |
| | *kramerr@howrey.com* |
| 7 | *boses@howrey.com* |
| 8 | Attorneys for Plaintiff |
| | REALNETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. 06-CV-00019 MHP |
| Plaintiff, | Case No. 08-CV-0023 WDB |
| v. | **[PROPOSED] ORDER GRANTING REALNETWORKS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| BURST.COM, INC., | |
| Defendant. | |
| REALNETWORKS, INC., | |
| Plaintiff, | |
| v. | |
| BURST.COM, INC., | |
| Defendant. | |

[Proposed] Order Re Related Cases

DM_US:20953983_1

1
2   RealNetworks has filed with the Court an Administrative Motion To Consider Whether
3   Cases Should Be Related under Civil Local Rules 3-12 and 7-11.  Defendant Burst.com has
4   stipulated that these cases are related and does not oppose RealNetworks' Administrative
5   Motion.  The Court has considered RealNetworks' Administrative Motion and all related
6   briefing, and the parties Stipulation, and the Court finds that the motion should be granted.
7
8   Accordingly, IT IS HEREBY ORDERED that these two cases are "related" within the
9   meaning of Civil Local Rule 3-12.  The Clerk is directed to reassign *RealNetworks, Inc. v.*
10  *Burst.com, Inc.*, Case No. 08-CV-0023, to the undersigned Judge pursuant to Local Rule 3-
11  12(f)(3).
12
13  DATED:  _____, 2008
14
15
16                                      _____
                                        The Honorable Marilyn Hall Patel
17                                      United States District Court Judge
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Re Related Cases

DM_US:20953983_1