```
1  Henry C. Bunsow (SBN 060707)
   Korula T. Cherian (SBN 133967)
2  Robert F. Kramer (SBN 181706)
   Subroto Bose (SBN 230339)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone:  (415) 848-4900
5  Facsimile:  (415) 848-4999
   Email: bunsowh@howrey.com
6         cheriank@howrey.com
          kramerr@howrey.com
7         boses@howrey.com

8  Attorneys for Plaintiff
   REALNETWORKS, INC.
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BURST.COM, INC.,<br><br>    Defendant. | Case No. 06-CV-00019 MHP<br><br>Case No. 08-CV-0023 WDB<br><br>**STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12, 7-11 AND 7-12** |
| REALNETWORKS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BURST.COM, INC.,<br><br>    Defendant. | |

1.  The parties make this stipulation in support of Plaintiff RealNetworks, Inc.'s ("RealNetworks") administrative motion to consider whether the above-captioned cases should be related pursuant to Civil Local Rules 3-12 and 7-11.

2.  The pending case, *RealNetworks, Inc. v. Burst.com, Inc.*, Case No. 08-CV-0023 WDB ("RealNetworks Litigation"), was filed on January 3, 2008. The RealNetworks Litigation was assigned to Magistrate Judge Wayne D. Brazil.

3.  Defendant Burst.com, Inc. was a party in a recently-terminated declaratory judgment patent action and damages counter-action filed in the United States District Court for the Northern District of California captioned *Apple Computer, Inc. v. Burst.com, Inc.*, Case No. 06-CV-00019 MHP ("Apple Litigation"). Judge Marilyn Hall Patel presided in the Apple Litigation, which was settled and dismissed on December 4, 2007.

4.  The RealNetworks Litigation and Apple Litigation "concern substantially the same parties, property, transaction or event," and "it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). These cases both include declaratory judgment patent actions seeking a judgment of non-infringement, patent invalidity and/or patent unenforceability of the same patents -- U.S. Patent Nos. 4,963,995 ("'995 patent"), 5,164,839 ("'839 patent"), 5,995,705 ("'705 patent"), and 5,057,932 ("'932 patent"). Burst.com, Inc. is or was the declaratory judgment defendant and purported owner of the patents-in-suit in both cases, as well as having been the damages counter-plaintiff in the Apple Litigation. Judge Patel conducted a Markman Hearing, construed the patents-in-suit, issued a Claim Construction Order, and decided summary judgment motions regarding patent invalidity concerning the patents-in-suit in the Apple Litigation.

5.  For the reasons set forth above, it appears likely that there will be an undue duplication of judicial resources and potentially conflicting results if the pending RealNetworks Litigation is conducted before a different judge than presided in the Apple Litigation.

- 1 -

Stipulation Re Related Cases

6. RealNetworks and Burst.com stipulate that the RealNetworks Litigation is related to the Apple Litigation under Local Rule 3-12, and respectfully request that the Court direct the Clerk to reassign the RealNetworks Litigation pursuant to Local Rule 3-12(f)(3) to Judge Patel.

DATED: January 10, 2008

_____
Korula Cherian

Attorney for Plaintiff
RealNetworks, Inc.

DATED: January 10, 2008

_____
Spencer Hosie

Attorney for Defendant
Burst.com, Inc.