```
 1  SPENCER HOSIE (No. 101777)
    shosie@hosielaw.com
 2  BRUCE WECKER (No. 78530)
    bwecker@hosielaw.com
 3  GEORGE F. BISHOP (No. 89205)
    gbishop@hosielaw.com
 4  HOSIE McARTHUR LLP
    One Market, Spear Tower, 22nd Floor
 5  San Francisco, California  94105
    Telephone:  (415) 247-6000
 6  Facsimile:   (415) 247-6001

 7  Attorneys for Defendant
    Burst.com, Inc.
 8
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REALNETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C-08-0023 WDB <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER** |

Plaintiff RealNetworks, Inc. ("Plaintiff") and defendant Burst.com, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory Judgment and Demand for Jury Trial ("Complaint") upon Defendant; and

WHEREAS, the answer or other response to the Complaint is presently due on or before January 28, 2008; and

WHEREAS, no trial date has yet been set in this action; and

1  WHEREAS, Plaintiff and Defendant, through their respective counsel of record, have agreed to extend the time by which Defendant must answer or otherwise respond to the Complaint:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant will have to and including February 27, 2008, to serve and file an answer or other response to the Complaint.

IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that by entering into this stipulation, neither party waives any rights with respect to the issues presented in this litigation and, specifically, Defendant does not waive any rights or defenses with respect to the Complaint.

DATED: January 18, 2008

HOSIE McARTHUR LLP

By: \_\_\_\_\_/s/\_\_\_\_\_
George F. Bishop

Attorneys for Defendant Burst.com, Inc.

HOWREY LLP

By: \_\_\_\_\_/s/\_\_\_\_\_
David Stewart

Attorneys for Plaintiff RealNetworks, Inc.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: January 18, 2008

/s/
_____
George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the time in which Defendant may serve and file an answer or other response to the Complaint is extended to and including February 27, 2008.

SO ORDERED

January 22, 20008

_____
Wayne D. Brazil
United States Magistrate Judge