SPENCER HOSIE (No. 101777)
shosie@hosielaw.com
BRUCE WECKER (No. 78530)
bwecker@hosielaw.com
GEORGE F. BISHOP (No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, Spear Tower, 22nd Floor
San Francisco, California 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001

Attorneys for Defendant
Burst.com, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALNETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BURST.COM, INC.,<br><br>Defendant. | Case No. C-08-0023 WDB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER** |

Plaintiff RealNetworks, Inc. ("Plaintiff") and defendant Burst.com, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory Judgment and Demand for Jury Trial ("Complaint") upon Defendant; and

WHEREAS, the answer or other response to the Complaint is presently due on or before January 28, 2008; and

WHEREAS, no trial date has yet been set in this action; and

WHEREAS, Plaintiff and Defendant, through their respective counsel of record, have agreed to extend the time by which Defendant must answer or otherwise respond to the Complaint:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant will have to and including February 27, 2008, to serve and file an answer or other response to the Complaint.

IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that by entering into this stipulation, neither party waives any rights with respect to the issues presented in this litigation and, specifically, Defendant does not waive any rights or defenses with respect to the Complaint.

DATED: January 18, 2008

HOSIE McARTHUR LLP

By: /s/
George F. Bishop

Attorneys for Defendant Burst.com, Inc.

HOWREY LLP

By: /s/
David Stewart

Attorneys for Plaintiff RealNetworks, Inc.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: January 18, 2008

/s/
George F. Bishop

## ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the time in which Defendant may serve and file an answer or other response to the Complaint is extended to and including February 27, 2008.

SO ORDERED

January 22, 20008

/s/ Wayne D. Brazil
Wayne D. Brazil
United States Magistrate Judge