**FILED**

JAN 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

RealNetworks, Inc.

Plaintiff(s),

v.

Burst.Com, Inc.

Defendant(s).

CASE NO. 08-CV-0023 MHP

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David R. Stewart, an active member in good standing of the bar of the State of Washington whose business address and telephone number (particular court to which applicant is admitted) is

Howrey LLP
525 Market Street, 36th Floor
San Francisco, CA 94105; (415) 848-4907

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing RealNetworks, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/29/08

Marilyn H. Patel
United States District Judge