1  Henry C. Bunsow (SBN 060707)
   Korula T. Cherian (SBN 133967)
2  Robert F. Kramer (SBN 181706)
   Subroto Bose (SBN 230339)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone:   (415) 848-4900
5  Facsimile:   (415)848-4999
   Email: bunsowh@howrey.com
6         cheriank@howrey.com
          kramerr@howrey.com
7         boses@howrey.com

8  Attorneys for Plaintiff
   REALNETWORKS, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13
   REALNETWORKS, INC.,
14
         Plaintiff,
15
         v.                                Case No. 08-CV-0023 MHP
16
   BURST.COM, INC.,                        PROOF OF SERVICE FOR ORDER
17                                         GRANTING APPLICATION FOR
         Defendant.                        ADMISSION OF ATTORNEY *PRO HAC*
18                                         *VICE* FOR DAVID R. STEWART

19

20

21

22

23

24

25

26

27

28
                              - 1 -         Proof of Service For Order Granting
                                            David Stewart *Pro Hac Vice* Admiss.

DM_US:20981527_1

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 525 Market Street, Suite 3600, San Francisco, California 94105.

On January 30, 2008, I served on the interested parties in said action the within:

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR DAVID R. STEWART**

by causing the above-referenced documents to be sent by electronic mail to the parties listed and by U.S. Mail by placing a true copy thereof in a sealed envelope(s) addressed listed below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

| | |
|---|---|
| SPENCER HOSIE<br>HOSIE McARTHUR LLP<br>One Market, Spear Tower, 22nd Floor<br>San Francisco, California 94105<br>Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001<br><br>Attorneys for Defendant<br>Burst.com, Inc. | BRUCE WECKER<br>HOSIE McARTHUR LLP<br>One Market, Spear Tower, 22nd Floor<br>San Francisco, California 94105<br>Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001\<br><br>Attorneys for Defendant<br>Burst.com, Inc. |

GEORGE F. BISHOP
HOSIE McARTHUR LLP
One Market, Spear Tower, 22nd Floor
San Francisco, California 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001

Attorneys for Defendant
Burst.com, Inc.

[X]  (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on January 30, 2008, at San Francisco, California.

_____Judy MacGregor_____                    _____/s/ Judy MacGregor_____
(Type or print name)                                              (Signature)

- 2 -

Proof of Service For Order Granting
David Stewart *Pro Hac Vice* Admiss.

DM_US:20981527_1