1  SPENCER HOSIE (No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (No. 78530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (No. 89205)
   gbishop@hosielaw.com
4  HOSIE McARTHUR LLP
   One Market, Spear Tower, 22nd Floor
5  San Francisco, California  94105
   Telephone:  (415) 247-6000
6  Facsimile:   (415) 247-6001

7  Attorneys for Defendant
   Burst.com, Inc.
8
9
10                 UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13

14 | REALNETWORKS, INC.,                    | Case No. C-08-0023 MHP
15 |           Plaintiff,                    |
16 | v.                                      | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER**
17 | BURST.COM, INC.,                        |
18 |           Defendant.                    |

19

20        Plaintiff RealNetworks, Inc. ("Plaintiff") and defendant Burst.com, Inc. ("Defendant"),

21 hereby stipulate through their respective counsel of record as follows:

22        WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory

23 Judgment and Demand for Jury Trial ("Complaint") upon Defendant; and

24        WHEREAS, one previous extension of time to answer or otherwise respond to the

25 Complaint has been granted pursuant to stipulation, which extended the due date from January

26 28, 2008 to February 27, 2008, the date Defendant's response to the Complaint is presently due;

27 and

28

STIPULATION TO EXTEND TIME TO RESPOND TO         1                    Case No. C-08-0023 MHP
COMPLAINT AND PROPOSED ORDER

1  WHEREAS, no trial date has yet been set in this action; and

2  WHEREAS, Defendant requires additional time to respond to the Complaint, and
3  Plaintiff and Defendant, through their respective counsel of record, have agreed to extend the
4  time by which Defendant must answer or otherwise respond to the Complaint, to and including
5  March 11, 2008:

6  IT IS HEREBY STIPULATED by and between the parties hereto through their
7  respective attorneys of record that Defendant will have to and including March 11, 2008, to
8  serve and file an answer or other response to the Complaint.

9  IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through
10 their respective attorneys of record that by entering into this stipulation, neither party waives
11 any rights with respect to the issues presented in this litigation and, specifically, Defendant does
12 not waive any rights or defenses with respect to the Complaint.

13 DATED:   February 12, 2008

HOSIE McARTHUR LLP


By:  _____/s/_____
           George F. Bishop
    Attorneys for Defendant Burst.com, Inc.

HOWREY LLP


By:  _____/s/_____
           Robert F. Kramer
    Attorneys for Plaintiff RealNetworks, Inc.


I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   February 12, 2008


                                    /s/
                        _____
                              George F. Bishop

| | |
|---|---|
| 1 | |

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the time in which Defendant may serve and file an answer or other response to the Complaint is extended to and including March 11, 2008.

SO ORDERED

February\_\_, 2008          _____
                                        Honorable Marilyn Hall Patel
                                        United States District Judge