1  SPENCER HOSIE (No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (No. 78530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (No. 89205)
   gbishop@hosielaw.com
4  HOSIE McARTHUR LLP
   One Market, Spear Tower, 22nd Floor
5  San Francisco, California 94105
   Telephone: (415) 247-6000
6  Facsimile: (415) 247-6001

7  Attorneys for Defendant
   Burst.com, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALNETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C-08-0023 MHP <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ~~PROPOSED~~ ORDER** |

Plaintiff RealNetworks, Inc. ("Plaintiff") and defendant Burst.com, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory Judgment and Demand for Jury Trial ("Complaint") upon Defendant; and

WHEREAS, one previous extension of time to answer or otherwise respond to the Complaint has been granted pursuant to stipulation, which extended the due date from January 28, 2008 to February 27, 2008, the date Defendant's response to the Complaint is presently due; and

1  WHEREAS, no trial date has yet been set in this action; and

2  WHEREAS, Defendant requires additional time to respond to the Complaint, and
Plaintiff and Defendant, through their respective counsel of record, have agreed to extend the
time by which Defendant must answer or otherwise respond to the Complaint, to and including
March 11, 2008:

IT IS HEREBY STIPULATED by and between the parties hereto through their
respective attorneys of record that Defendant will have to and including March 11, 2008, to
serve and file an answer or other response to the Complaint.

IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through
their respective attorneys of record that by entering into this stipulation, neither party waives
any rights with respect to the issues presented in this litigation and, specifically, Defendant does
not waive any rights or defenses with respect to the Complaint.

DATED:   February 12, 2008

HOSIE McARTHUR LLP


By:   ____/s/_____
         George F. Bishop
Attorneys for Defendant Burst.com, Inc.

HOWREY LLP


By:   ____/s/_____
         Robert F. Kramer
Attorneys for Plaintiff RealNetworks, Inc.


I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic
filing of this document has been obtained from the other signatories.

DATED:   February 12, 2008

                                /s/
                    _____
                            George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the time in which Defendant may serve and file an answer or other response to the Complaint is extended to and including March 11, 2008.

SO ORDERED

February 13, 2008



Judge Marilyn H. Patel