| | |
|---|---|
| 1 | SPENCER HOSIE (SBN 101777) |
|   | shosie@hosielaw.com |
| 2 | BRUCE WECKER (SBN 078530) |
|   | bwecker@hosielaw.com |
| 3 | GEORGE F. BISHOP (SBN 89205) |
| 4 | gbishop@hosielaw.com |
|   | HOSIE McARTHUR LLP |
| 5 | One Market, Spear Tower, 22nd Floor |
|   | San Francisco, California 94105 |
| 6 | Telephone: (415) 247-6000 |
| 7 | Facsimile: (415) 247-6001 |
| 8 | ROBERT J. YORIO (SBN 93178) |
|   | yorio@carrferrell.com |
| 9 | COLBY B. SPRINGER (SBN 214868) |
|   | cspringer@carrferrell.com |
| 10 | CARR & FERRELL LLP |
| 11 | 2200 Geng Road |
|    | Palo Alto, California 94303 |
| 12 | Telephone: (650) 812-3400 |
|    | Facsimile: (650) 812-3444 |
| 13 | |
| 14 | Attorneys for Defendant BURST.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALNETWORKS, INC., | CASE NO. 08-CV-00023 MHP |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| BURST.COM, INC., | |
| Defendant. | |

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert J. Yorio, Esq. of Carr & Ferrell LLP hereby files his Notice of Appearance for Defendant Burst.com, Inc. in this action. Please add Robert J. Yorio to your proof of service list.

-2-

| | |
|---|---|
| Dated: March 5, 2008 | CARR & FERRELL LLP<br><br>By: _/s/ Robert J. Yorio_<br>    ROBERT J. YORIO<br><br>Attorneys for Defendant<br>BURST.COM, INC. |