1  SPENCER HOSIE (SBN 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (SBN 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (SBN 89205)
4  gbishop@hosielaw.com
   HOSIE McARTHUR LLP
5  One Market, Spear Tower, 22nd Floor
   San Francisco, California 94105
6  Telephone: (415) 247-6000
7  Facsimile: (415) 247-6001

8  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
9  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
10 CARR & FERRELL LLP
11 2200 Geng Road
   Palo Alto, California 94303
12 Telephone: (650) 812-3400
   Facsimile: (650) 812-3444
13
14 Attorneys for Defendant BURST.COM, INC.

15                UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17                   SAN FRANCISCO DIVISION
18

19 REALNETWORKS, INC.,              CASE NO. 08-CV-00023 MHP
20       Plaintiff,                 **NOTICE OF APPEARANCE**
21    v.
22 BURST.COM, INC.,
23       Defendant.
24
25 TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:
26       PLEASE TAKE NOTICE that Colby B. Springer, Esq. of Carr & Ferrell LLP hereby files
27 his Notice of Appearance for Defendant Burst.com, Inc. in this action. Please add Colby B.
28 Springer to your proof of service list.

{00294776v1}                         -1-
NOTICE OF APPEARANCE                                    Case No. 08-CV-0023 MHP

1
2
3   Dated: March 5, 2008                    CARR & FERRELL LLP
4
5                                           By: _____
                                                COLBY B. SPRINGER
6
                                            Attorneys for Defendant
7                                           BURST.COM, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{00294776v1}                    -2-
NOTICE OF APPEARANCE                            Case No. 08-CV-0023 MHP