1  SPENCER HOSIE (No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (No. 78530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (No. 89205)
   gbishop@hosielaw.com
4  HOSIE McARTHUR LLP
   One Market, Spear Tower, 22nd Floor
5  San Francisco, California 94105
   Telephone: (415) 247-6000
6  Facsimile: (415) 247-6001

7  Attorneys for Defendant
   Burst.com, Inc.
8

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  REALNETWORKS, INC.,

                                    Case No. C-08-0023 MHP
15        Plaintiff,

16  v.                              **STIPULATION TO EXTEND TIME
                                    TO RESPOND TO COMPLAINT AND
17  BURST.COM, INC.,                PROPOSED ORDER**

18        Defendant.

19

20      Plaintiff RealNetworks, Inc. ("Plaintiff") and defendant Burst.com, Inc. ("Defendant"),

21  hereby stipulate through their respective counsel of record as follows:

22      WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory

23  Judgment and Demand for Jury Trial ("Complaint") upon Defendant; and

24      WHEREAS, two previous extensions of time to answer or otherwise respond to the

25  Complaint have been granted pursuant to stipulation, which in aggregate extended the due date

26  from January 28, 2008 to March 11, 2008, the date Defendant's response to the Complaint is

27  presently due; and

28
   STIPULATION TO EXTEND TIME TO RESPOND TO        1                    Case No. C-08-0023 MHP
   COMPLAINT AND PROPOSED ORDER

1  WHEREAS, no trial date has yet been set in this action; and

2  WHEREAS, Defendant requires additional time to respond to the Complaint, and

3  Plaintiff and Defendant, through their respective counsel of record, have agreed to extend the

4  time by which Defendant must answer or otherwise respond to the Complaint by an additional

5  two weeks, to and including March 25, 2008:

6  IT IS HEREBY STIPULATED by and between the parties hereto through their

7  respective attorneys of record that Defendant will have to and including March 25, 2008, to

8  serve and file an answer or other response to the Complaint.

9  IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through

10 their respective attorneys of record that by entering into this stipulation, neither party waives

11 any rights with respect to the issues presented in this litigation and, specifically, Defendant does

12 not waive any rights or defenses with respect to the Complaint.

13 DATED:   March 10, 2008

HOSIE McARTHUR LLP

By: _____/s/_____
George F. Bishop
Attorneys for Defendant Burst.com, Inc.

HOWREY LLP

By: _____/s/_____
Robert F. Kramer
Attorneys for Plaintiff RealNetworks, Inc.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   March 10, 2008

/s/
_____
George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the time in which Defendant may serve and file an answer or other response to the Complaint is extended to and including March 25, 2008.

SO ORDERED

March __, 2008                    _____
                                  Honorable Marilyn Hall Patel
                                  United States District Judge