| | |
|---|---|
| 1 | SPENCER HOSIE (No. 101777) |
| | shosie@hosielaw.com |
| 2 | BRUCE WECKER (No. 78530) |
| | bwecker@hosielaw.com |
| 3 | GEORGE F. BISHOP (No. 89205) |
| | gbishop@hosielaw.com |
| 4 | HOSIE McARTHUR LLP |
| | One Market, Spear Tower, 22nd Floor |
| 5 | San Francisco, California 94105 |
| | Telephone: (415) 247-6000 |
| 6 | Facsimile: (415) 247-6001 |
| 7 | Attorneys for Defendant |
| | Burst.com, Inc. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALNETWORKS, INC., | Case No. C-08-0023 MHP |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ~~PROPOSED~~ ORDER** |
| BURST.COM, INC., | |
| Defendant. | |

Plaintiff RealNetworks, Inc. ("Plaintiff") and defendant Burst.com, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory Judgment and Demand for Jury Trial ("Complaint") upon Defendant; and

WHEREAS, two previous extensions of time to answer or otherwise respond to the Complaint have been granted pursuant to stipulation, which in aggregate extended the due date from January 28, 2008 to March 11, 2008, the date Defendant's response to the Complaint is presently due; and

1  WHEREAS, no trial date has yet been set in this action; and

2  WHEREAS, Defendant requires additional time to respond to the Complaint, and Plaintiff and Defendant, through their respective counsel of record, have agreed to extend the time by which Defendant must answer or otherwise respond to the Complaint by an additional two weeks, to and including March 25, 2008:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant will have to and including March 25, 2008, to serve and file an answer or other response to the Complaint.

IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that by entering into this stipulation, neither party waives any rights with respect to the issues presented in this litigation and, specifically, Defendant does not waive any rights or defenses with respect to the Complaint.

DATED:   March 10, 2008

HOSIE McARTHUR LLP

By: _____/s/_____
      George F. Bishop
Attorneys for Defendant Burst.com, Inc.

HOWREY LLP

By: _____/s/_____
      Robert F. Kramer
Attorneys for Plaintiff RealNetworks, Inc.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   March 10, 2008

/s/
_____
George F. Bishop

# ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the time in which Defendant may serve and file an answer or other response to the Complaint is extended to and including March 25, 2008.

SO ORDERED

March 11, 2008



_____
Hon.
United