1    SPENCER HOSIE (No. 101777)
     shosie@hosielaw.com
2    BRUCE WECKER (No. 78530)
     bwecker@hosielaw.com
3    GEORGE F. BISHOP (No. 89205)
     gbishop@hosielaw.com
4    HOSIE McARTHUR LLP
     One Market, Spear Tower, 22nd Floor
5    San Francisco, California 94105
     Telephone: (415) 247-6000
6    Facsimile: (415) 247-6001

7    Attorneys for Defendant
     Burst.com, Inc.

8

9

10                    UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14   REALNETWORKS, INC.,                Case No. C-08-0023 MHP

15              Plaintiff,

16   v.                                 **STIPULATED REQUEST TO
                                        RESCHEDULE CASE
17   BURST.COM, INC.,                   MANAGEMENT CONFERENCE AND
                                        [PROPOSED] ORDER**
18              Defendant.

19

20

21           Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff RealNetworks, Inc. ("Plaintiff")

22   and Defendant Burst.com, Inc. ("Defendant"), hereby stipulate through their respective counsel

23   of record as follows:

24           WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory

25   Judgment and Demand for Jury Trial ("Complaint") upon Defendant;

26           WHEREAS on January 24, 2008, this case was reassigned to the Honorable Marilyn

27   Hall Patel and a Case Management Conference is scheduled to be held on Monday, April 14,

28   2008;

STIPULATED REQUEST TO RESCHEDULE CASE              1              Case No. C-08-0023 MHP
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1      WHEREAS the parties are pursuing settlement discussions, and believe that an

2   extension of time for the Case Management Conference in this matter may aid the parties in

3   their efforts to resolve this litigation and thus avoid the need to take the Court's time for a CMC

4   or other proceedings;

5      WHEREAS no previous extension of time has been granted for the Case Management

6   Conference; and three previous extensions of time to answer or otherwise respond to the

7   Complaint have been granted pursuant to stipulation which in aggregate extended the due date

8   from January 28, 2008 to March 25, 2008 and have facilitated settlement discussions;

9      WHEREAS, no trial date has yet been set in this action; and

10      WHEREAS the parties have conferred and mutually agreed that they are available for a

11   Case Management Conference on Monday, June 2, 2008;

12      NOW THEREFORE the parties through their undersigned counsel hereby stipulate and

13   request the Court to continue the Case Management Conference to occur Monday, June 2, 2008,

14   or on a date as soon thereafter as is available with the Court, and that the other dates scheduled

15   in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are

16   continued accordingly.

17   **IT IS SO STIPULATED**

18   DATED:  March 18, 2008                    HOSIE McARTHUR LLP

19                                            By:  _____/s/_____

20                                                 George F. Bishop
                                                 Attorneys for Defendant Burst.com, Inc.

21

22   DATED:  March 18, 2008                    HOWREY LLP

23                                            By:  _____/s/_____

24                                                 Robert F. Kramer
                                                 Attorneys for Plaintiff RealNetworks, Inc.

25

26

27

28

1    I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

2    filing of this document has been obtained from the other signatories.

3    DATED:    March 18, 2008

4                                                    _____
                                                              /s/
5                                                      George F. Bishop

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

3          Pursuant to the stipulation of the parties, it is hereby ORDERED that the Case

4   Management Conference is reset to June 2, 2008, and that the other dates scheduled in the

5   Court's order Setting Initial Case Management Conference and ADR Deadlines are continued

6   accordingly.

7

**SO ORDERED**
8

9   March __, 2008              _____
                                Honorable Marilyn Hall Patel
10                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28