1  SPENCER HOSIE (No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (No. 78530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (No. 89205)
   gbishop@hosielaw.com
4  HOSIE McARTHUR LLP
   One Market, Spear Tower, 22nd Floor
5  San Francisco, California  94105
   Telephone:  (415) 247-6000
6  Facsimile:   (415) 247-6001

7  Attorneys for Defendant
   Burst.com, Inc.

8

9

10                        UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  REALNETWORKS, INC.,                     Case No. C-08-0023 MHP

15           Plaintiff,

16  v.                                      **STIPULATED REQUEST TO
                                            RESCHEDULE CASE
17  BURST.COM, INC.,                        MANUFACTURE CONFERENCE AND
                                            [~~PROPOSED~~] ORDER**

18           Defendant.

19

20

21        Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff RealNetworks, Inc. ("Plaintiff")

22  and Defendant Burst.com, Inc. ("Defendant"), hereby stipulate through their respective counsel

23  of record as follows:

24        WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory

25  Judgment and Demand for Jury Trial ("Complaint") upon Defendant;

26        WHEREAS on January 24, 2008, this case was reassigned to the Honorable Marilyn

27  Hall Patel and a Case Management Conference is scheduled to be held on Monday, April 14,

28  2008;

STIPULATED REQUEST TO RESCHEDULE CASE            1              Case No. C-08-0023 MHP
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1    WHEREAS the parties are pursuing settlement discussions, and believe that an

2  extension of time for the Case Management Conference in this matter may aid the parties in

3  their efforts to resolve this litigation and thus avoid the need to take the Court's time for a CMC

4  or other proceedings;

5    WHEREAS no previous extension of time has been granted for the Case Management

6  Conference; and three previous extensions of time to answer or otherwise respond to the

7  Complaint have been granted pursuant to stipulation which in aggregate extended the due date

8  from January 28, 2008 to March 25, 2008 and have facilitated settlement discussions;

9    WHEREAS, no trial date has yet been set in this action; and

10    WHEREAS the parties have conferred and mutually agreed that they are available for a

11  Case Management Conference on Monday, June 2, 2008;

12    NOW THEREFORE the parties through their undersigned counsel hereby stipulate and

13  request the Court to continue the Case Management Conference to occur Monday, June 2, 2008,

14  or on a date as soon thereafter as is available with the Court, and that the other dates scheduled

15  in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are

16  continued accordingly.

17  **IT IS SO STIPULATED**

18  DATED:  March 18, 2008                              HOSIE McARTHUR LLP

19                                                      By: _____/s/_____

20                                                          George F. Bishop
                                                        Attorneys for Defendant Burst.com, Inc.

21  DATED:  March 18, 2008                              HOWREY LLP

22                                                      By: _____/s/_____

23                                                          Robert F. Kramer
                                                        Attorneys for Plaintiff RealNetworks, Inc.

24

25

26

27

28

STIPULATED REQUEST TO RESCHEDULE CASE                    2                          Case No. C-08-0023 MHP
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1          I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

2     filing of this document has been obtained from the other signatories.

3     DATED:     March 18, 2008

4                                                          _____/s/_____

5                                                                    George F. Bishop

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO RESCHEDULE CASE                    3                              Case No. C-08-0023 MHP
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1

**ORDER**

2

3
　　　　Pursuant to the stipulation of the parties, it is hereby ORDERED that the Case

4
Management Conference is reset to June 2, 2008, and that the other dates scheduled in the

5
Court's order Setting Initial Case Management Conference and ADR Deadlines are continued

6
accordingly. **A JOINT CASE MANAGEMENT STATEMENT TO BE FILED ONE WEEK PRIOR TO THE CONFERENCE.**

7
**SO ORDERED**

8

9
March 19, 2008

10

11

12

13

14



Honorable

United

IT IS SO ORDERED

Judge Marilyn H. Patel

15

16

17

18

19

20

21

22

23

24

25

26

27

28