1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 78530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
   One Market, Spear Tower, 22nd Floor
5  San Francisco, California  94105
   Telephone:  (415) 247-6000
6  Facsimile:  (415) 247-6001

7  ROBERT J. YORIO (CA Bar No. 93178)
   yorio@carrferrell.com
8  COLBY B. SPRINGER (CA Bar No. 214868)
   cspringer@carrferrell.com
9  CARR & FERRELL LLP
   2200 Geng Road
10 Palo Alto, CA  94303
   Telephone:  (650) 812-3400
11 Facsimile:  (650) 812-3444

12 *Attorneys for Defendant
   Burst.com, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALNETWORKS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BURST.COM, INC.,<br><br>    Defendant. | Case No. C-08-0023 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  March 25, 2008                           Respectfully submitted,

    /s/ Spencer Hosie_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 78530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, Spear Tower, 22nd Floor
San Francisco, California  94105
Telephone:  (415) 247-6000
Facsimile:   (415) 247-6001

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (CA Bar No. 214868)
cspringer@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

*Attorneys for Defendant*
*Burst.com, Inc.*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS     1     Case No. C-08-0023 MHP