Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Robert Kramer (SBN 181706)
kramerr@howrey.com
Subroto Bose (SBN 230339)
boses@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
REALNETWORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| REALNETWORKS, INC.<br><br>    Plaintiff,<br><br>    vs.<br><br>BURST.COM, INC.<br><br>    Defendant. | Case No. C-08-0023 MHP<br><br>**REALNETWORKS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
|---|---|

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff, RealNetworks, Inc. certifies that no publicly held corporation owns 10% or more of its stock and pursuant to Civil L.R. 3-16 the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 27, 2008

Respectfully submitted,

HOWREY LLP

By:  /s/*Robert F. Kramer*
         Robert F. Kramer

Attorney for Plaintiff
REALNETWORKS, INC.