1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Robert Kramer (SBN 181706)
   kramerr@howrey.com
4  David R. Stewart (admitted pro hac vice)
   stewartd@howrey.com
5  Subroto Bose (SBN 230339)
   boses@howrey.com
6  HOWREY LLP
   525 Market Street, Suite 3600
7  San Francisco, California 94105
   Telephone: (415) 848-4900
8  Facsimile: (415) 848-4999

9  Attorneys for Plaintiff
   REALNETWORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALNETWORKS, INC.,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　vs.<br><br>BURST.COM, INC.<br><br>　　　　Defendant and Counterclaimant. | Case No. C-08-0023 MHP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM AND PROPOSED ORDER** |

　　　　Plaintiff RealNetworks, Inc. ("Plaintiff") and defendant Burst.com, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

　　　　WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory Judgment and Demand for Jury Trial ("Complaint") upon Defendant; and

　　　　WHEREAS, on or about March 25, 2008, Defendant served its Answer to First Amended Complaint and Counterclaim ("Counterclaim") upon Plaintiff; and

　　　　WHEREAS, the answer or other response to the Counterclaim is presently due on or before April 17, 2008; and

　　　　WHEREAS, no trial date has yet been set in this action; and

1  WHEREAS, Plaintiff and Defendant, through their respective counsel of record, have agreed to
2  extend the time by which Plaintiff must answer or otherwise respond to the Counterclaim, to and
3  including May 1, 2008:

4  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
5  attorneys of record that Plaintiff will have to and including May 1, 2008 to serve and file an answer or
6  other response to the Counterclaim.

7  IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their
8  respective attorneys of record that by entering into this stipulation, neither party waives any rights with
9  respect to issues presented in this litigation, and specifically, Plaintiff does not waive any rights or
10 defenses with respect to the Counterclaim.

11 Dated:  April 10, 2008                        Respectfully submitted,

12                                              HOWREY LLP

13

14
                                                By: /s/*Robert F. Kramer*
15                                                  Robert F. Kramer

16                                              Attorney for Plaintiff and Counterdefendant
                                                REALNETWORKS, INC.
17
   Dated:  April 10, 2008                        HOSIE McARTHUR LLP
18

19
                                                By: /s/George F. Bishop
20                                                  George F. Bishop

21                                              Attorney for Defendant and Counterclaimant
                                                BURST.COM, INC.
22

23 I hereby attest pursuant to General Order 45.X.B. that concurrence in the electric filing of this
24 document has been obtained from other signatories.

25

26

27
                                                By: /s/*Robert F. Kramer*
28                                                  Robert F. Kramer

2

Case No. 08-CV-0023 MHP
Stipulation to Extend Time to Respond to Counterclaim

DM_US:21138744_2

## **ORDER**

1  Pursuant to the stipulation of the parties, it is hereby ORDERED that the time in which Plaintiff may serve and file an answer or other response to the Counterclaim is extended to and including May 1, 2008.

**SO ORDERED:**

Dated:  April ___, 2008

_____
Honorable Marilyn Hall Patel
United States District Judge