1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Robert Kramer (SBN 181706)
   kramerr@howrey.com
4  David R. Stewart (admitted pro hac vice)
   stewartd@howrey.com
5  Subroto Bose (SBN 230339)
   boses@howrey.com
6  HOWREY LLP
   525 Market Street, Suite 3600
7  San Francisco, California  94105
   Telephone:  (415) 848-4900
8  Facsimile:  (415) 848-4999

9  Attorneys for Plaintiff
   REALNETWORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| REALNETWORKS, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>BURST.COM, INC.<br><br>    Defendant and Counterclaimant. | Case No. C-08-0023 MHP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM AND ~~PROPOSED~~ ORDER** |
|---|---|

Plaintiff RealNetworks, Inc. ("Plaintiff") and defendant Burst.com, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about January 7, 2008, Plaintiff served its Complaint for Declaratory Judgment and Demand for Jury Trial ("Complaint") upon Defendant; and

WHEREAS, on or about March 25, 2008, Defendant served its Answer to First Amended Complaint and Counterclaim ("Counterclaim") upon Plaintiff; and

WHEREAS, the answer or other response to the Counterclaim is presently due on or before April 17, 2008; and

WHEREAS, no trial date has yet been set in this action; and

1  WHEREAS, Plaintiff and Defendant, through their respective counsel of record, have agreed to
2  extend the time by which Plaintiff must answer or otherwise respond to the Counterclaim, to and
3  including May 1, 2008:

4  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
5  attorneys of record that Plaintiff will have to and including May 1, 2008 to serve and file an answer or
6  other response to the Counterclaim.

7  IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their
8  respective attorneys of record that by entering into this stipulation, neither party waives any rights with
9  respect to issues presented in this litigation, and specifically, Plaintiff does not waive any rights or
10  defenses with respect to the Counterclaim.

11  Dated:  April 10, 2008                    Respectfully submitted,

12                                             HOWREY LLP

14                                             By: /s/*Robert F. Kramer*
15                                                 Robert F. Kramer

16                                             Attorney for Plaintiff and Counterdefendant
                                               REALNETWORKS, INC.

17  Dated:  April 10, 2008                    HOSIE McARTHUR LLP

19                                             By: /s/George F. Bishop
20                                                 George F. Bishop

21                                             Attorney for Defendant and Counterclaimant
22                                             BURST.COM, INC.

23  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electric filing of this
24  document has been obtained from other signatories.

27                                             By: /s/*Robert F. Kramer*
28                                                 Robert F. Kramer

2


1 **ORDER**

2   Pursuant to the stipulation of the parties, it is hereby ORDERED that the time in which Plaintiff
3 may serve and file an answer or other response to the Counterclaim is extended to and including May
4 1, 2008.

5   **SO ORDERED:**

6

7 Dated: April  11 , 2008

8                                                                 Hon. _____
                                                                  United States District Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
**HOWREY LLP** 27
28