Henry C. Bunsow (SBN: 60707)
bunsowh@howrey.com
Korula T. Cherian (SBN: 133967)
cheriank@howrey.com
Robert F. Kramer (SBN: 181706)
kramerr@howrey.com
David R. Stewart (admitted pro hac vice)
stewartd@howrey.com
Subroto Bose (SBN 230339)
boses@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff and Counter-Defendant
REALNETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALNETWORKS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> vs. <br><br> BURST.COM, INC., <br><br> Defendant and Counter-Plaintiff. | Case No. C-08-0023 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> Date: N/A <br> Time: N/A <br> Place: N/A <br> Judge: N/A |

WHEREAS Plaintiff RealNetworks, Inc. ("RealNetworks") and Defendant Burst.com, Inc. ("Burst") entered into a Settlement and License Agreement ("Settlement Agreement") dated as of May 5, 2008 that resolved the parties' claims in this litigation;

WHEREAS this Court dismissed this litigation on May 14, 2008 and retained jurisdiction to resolve any disputes between the parties arising out of the settlement of the litigation;

Case No. C-08-0023 MHP
STIPULATION AND [PROPOSED] ORDER

DM_US:21284547_1

1  WHEREAS a dispute has arisen regarding Burst's compliance with the confidentiality
2  provisions of Section 7 of the Settlement Agreement and Burst denies that it committed any violation
3  of such provisions;

4  WHEREAS, the parties seek to resolve this dispute and provide reasonable assurance to
5  RealNetworks that Burst will not unnecessarily disseminate confidential information relating to the
6  Settlement;

7  NOW THEREFORE, IT IS STIPULATED:

8  1.  RealNetworks and Burst stipulate to the entry of an order that Burst shall not, without
9  RealNetwork's prior written consent, make any public disclosure of information, in any form,
10 regarding the settlement of this litigation, including the terms of the Settlement Agreement and the
11 settlement negotiations ("Settlement"), beyond that the case was dismissed by a settlement, to any third
12 party other than as permitted in this stipulation;

13 2.  If Burst is requested in any litigation to produce a copy of the Settlement Agreement or
14 other documents relating to the Settlement or to disclose any information relating to the Settlement,
15 including the terms of the Settlement Agreement, Burst shall (a) oppose such request until such time as
16 Burst notifies RealNetworks of the request, and shall support RealNetworks's right to intervene and be
17 heard in connection with such request and (b) provide RealNetworks with (i) such request and (ii) any
18 motion or additional court papers relating to production of such documents or information, along with
19 a copy of the protective order entered in such litigation, within two (2) business days of receiving such
20 request or court paper.  If Burst is ordered by any court to produce such documents or information,
21 then such production shall, if permitted by the court, be made solely to outside counsel of record
22 pursuant to the terms of the protective order entered in such litigation.

23 3.  If Burst is required by law, regulation or order of a governmental agency to disclose any
24 information relating to the Settlement in its filings with the U.S. Securities and Exchange Commission
25 or other governmental agency or in communications with its shareholders, Burst shall provide
26 RealNetworks in writing at least fifteen (15) business days before making such disclosure with (a) the
27 contents of such proposed disclosure and (b) a signed certification by an officer of Burst that, in
28

HOWREY LLP

-2-
Case No.  C-08-0023 MHP
STIPULATION AND [PROPOSED] ORDER

DM_US:21284547_1

1  accordance with advice received from Burst's counsel, the company believes in good faith that it is
2  required to make such disclosure and to do so in the form proposed. Burst agrees to minimize the
3  content of any such disclosure to that strictly necessary to comply with its legal reporting obligation.

4      4.    In addition to the foregoing, Burst may disclose information relating to the Settlement
5  in confidence to (i) the professional legal and financial counsel representing Burst, provided that such
6  legal or financial counsel agree in writing to comply with the terms of Section 7 of the Settlement
7  Agreement as if they were a party to the Settlement Agreement or (ii) any non-party covered by the
8  releases, licenses or covenants granted in the Settlement Agreement, provided that such non-party
9  agrees in writing to comply with the terms of Section 7 of the Settlement as if it were a party to the
10 Settlement Agreement.

11     5.    This Stipulation and Order will expire according to its own terms on the date three (3)
12 years from the date this stipulation is so ordered by the Court. The confidentiality terms in Section 7
13 as well as the other provisions in the Settlement Agreement shall remain in full force and effect and
14 shall not be affected by, expire or terminate based on any provision in this Stipulation and Order.

15     6.    In the event of a dispute concerning an alleged breach of this Stipulation and Order or
16 any proceedings to enforce the terms of this Stipulation and Order, the prevailing party shall be entitled
17 to recover its reasonable attorneys' fees and disbursements incurred in connection with such
18 proceeding.

19 The electronic filer hereby attests that the individuals whose names appear below have signed
20 this document. See General Order 45, Section X.

Dated: June 17, 2008

By:    /s/ Robert F. Kramer
     Henry C. Bunsow (SBN 60707)
     bunsowh@howrey.com
     Korula T. Cherian (SBN 133967)
     cheriank@howrey.com
     Robert F. Kramer (SBN 181706)
     kramerr@howrey.com
     David R. Stewart (admitted pro hac vice)
     stewartd@howrey.com
     Subroto Bose (SBN 230339)
     boses@howrey.com

HOWREY LLP

-3-
Case No. C-08-0023 MHP
STIPULATION AND [PROPOSED] ORDER

DM_US:21284547_1

HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff and
Counterclaim-Defendant
REALNETWORKS, INC.

　　　　/s/ Spencer Hosie
SPENCER HOSIE (CA Bar No. 101777)
　shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
　bwecker@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
　yorio@carrferrellc.com
COLBY B. SPRINGER (CA Bar No. 214868)
　cspringer@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444

Attorneys For Defendant and Counterclaimant
BURST.COM, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  June 19 , 2008

IT IS SO ORDERED
Judge Marilyn H. Patel
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Case No. C-08-0023 MHP
STIPULATION AND [PROPOSED] ORDER

-4-

HOWREY LLP

DM_US:21284547_1